CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 08 2009

JOHN F. CORCORAN, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| GEORGE R. WHITFIELD,<br>Petitioner, | ) ) ) | Civil Action No. 7:09-cv-00194 |
| v. | ) ) ) | **ORDER** |
| DEPARTMENT OF<br>CORRECTIONS, et al.,<br>Respondents. | ) ) ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED**, pursuant to Rule 4 of the Rules Governing § 2254 Cases, and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 8th day of June, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge